# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 08-729-02 |
| | : | |
| RICARDO RODRIGUEZ | : | |

## ORDER

**AND NOW**, this 10th day of December, 2014, upon consideration of Defendant's *Pro Se* Motion for Modification of his Sentence under 18 U.S.C. § 3582(c)(2) (Doc. No. 175) **ORDERED** that Defendant's Motion is **DENIED without prejudice** because it does not "state with particularity the grounds for seeking the order."  Fed. R. Civ. P. 7(b)(1)(B).  It appears that this filing was an attempt to reach the Federal Community Defender Office, and Defendant is advised that that Office is located at 601 Walnut Street and not in the James A. Byrne United States Courthouse.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, Judge